UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**SOUTHERN BANK & TRUST COMPANY,**

    Plaintiff,

v.              ACTION NO. 2:13cv216

**LABURNUM HOTEL PARTNERS, LLC, et al.,**

    Defendants.

<u>**ORDER**</u>

  This matter comes before the court on plaintiff's Motion and Brief in Support for Dismissal of Malay Thakkar, H.K. Thakkar, Kush Thakkar, Dilip Desai, Neel Desai, and Tejal Desai (ECF No. 42) filed on March 6, 2014; and Motion and Brief in Support of Motion for Default Judgment Against Defendants Vipul Pawani (ECF No. 44), filed on March 21, 2014. The matter was referred to a United States Magistrate Judge by Order dated April 1, 2014 (ECF No. 48), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motions.

  The United States Magistrate Judge's Report and Recommendation was filed on June 6, 2014. The magistrate judge recommended granting the plaintiff's Motion to Dismiss defendants Malay Thakkar, H.K. Thakkar, Kush Thakkar, Dilip Desai, Neel Desai and Tejal Desai, and

granting the plaintiff's Motion for Default Judgment against Vipul Pawani.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed June 6, 2014. Accordingly, the plaintiff's Motion for Dismissal of Malay Thakkar, H.K. Thakkar, Kush Thakkar, Dilip Desai, Neel Desai, and Tejal Desai is **GRANTED**, and Motion for Default Judgment Against Defendant Vipul Pawani in the amount of $917,275.00, with interest at the judgment rate, is **GRANTED**. The Clerk shall so enter judgment.

The Clerk shall forward a copy of this Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

July 3, 2014